UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **ALVIN VERNON LUCKETT, JR.** | **PLAINTIFF** |
| V. | **CAUSE NO. 4:10-cv-00214-CWR-FKB** |
| **SGT. UNKNOWN TERRELL, CHRISTOPHER B. EPPS, KENNETH REAGAN, SONJA GRUBB, MICHAEL WHITE, RICARDO GILLESPIE, DANIEL BAKER, KINO REESE, UNKNOWN THOMAS, UNKNOWN THRIFT, EUGENE WIGELSWORTH, JOHN NEWBAKER, JOHN HOPKIN, J. ALEXANDER, T. HOLCAM, GLORIA PERRY, UNKNOWN RICK, UNKNOWN COX, DR. UNKNOWN ABANGAN, UNKNOWN ATWOOD, GEORGE BRYAN, UNKNOWN JOHNSON, UNKNOWN MCDONALD, DAVID PETRIE AND UNKNOWN HAYGOOD** | **DEFENDANTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on November 2, 2011, which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b)(2). This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

SO ORDERED this Eighteenth day of April 2012.

                                                 /s/ *Carlton W. Reeves*
                                                 UNITED STATES DISTRICT JUDGE